FILED: September 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2295
(2:18-mn-02873-RMG)
(2:23-cv-01531-RMG)

---

In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION

------------------------------

THE PEOPLE OF THE STATE OF CALIFORNIA EX REL. ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA

Plaintiff - Appellant

v.

3M COMPANY; AGC CHEMICALS AMERICAS INC.; ARCHROMA US INC.; ARKEMA, INC.; BUCKEYE FIRE EQUIPMENT COMPANY; CARRIER GLOBAL CORPORATION; CHEMGUARD INC.; THE CHEMOURS COMPANY, LLC; THE CHEMOURS COMPANY FC, LLC; CLARIANT CORPORATION; CORTEVA INC.; DUPONT DE NEMOURS INC.; DYNAX CORPORATION; E.I. DUPONT DE NEMOURS AND COMPANY; KIDDE-FENWAL INC.; NATIONAL FOAM, INC.; TYCO FIRE PRODUCTS LP; CARRIER FIRE & SECURITY AMERICAS CORPORATION, INC.; CARRIER FIRE & SECURITY CORPORATION, INC.; KIDDE PLC INC., now known as Kidde Limited; UNITED TECHNOLOGIES CORPORATION, now known as RTX Corporation; DOES 4-100; QNITY ELECTRONICS, INC.

Defendants - Appellees

and

UTC FIRE & SECURITY AMERICAS CORP., INC.

Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Charleston |
| Originating Case Number | 2:18-mn-02873-RMG<br>2:23-cv-01531-RMG |
| Date notice of appeal filed in originating court: | 09/17/2026 |
| Appellant(s) | THE PEOPLE OF THE STATE OF CALIFORNIA EX REL. ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA |
| Appellate Case Number | 26-2295 |
| Case Manager | K. Hancock<br>804-916-2702 |