**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 18, 2026

---

RESPONSE REQUESTED

---

No. 26-2295, In re: Aqueous Film-Forming Foams Products
2:18-mn-02873-RMG, 2:23-cv-01531-RMG

TO: Corteva Inc.

RESPONSE DUE: 09/24/2026

Response is required to the motion for injunction pending appeal and summary reversal on or before 09/24/2026.

K. Hancock, Deputy Clerk
804-916-2702