**No. 26-2295**

**In the United States Court of Appeals for the Fourth Circuit**

THE PEOPLE OF THE STATE OF CALIFORNIA,
*ex rel.* ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA

*Plaintiff-Appellant*,

v.

3M COMPANY, et al.

*Defendant-Appellee.*

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCT LIABILITY LITIGATION

On Appeal from the United States District Court for the District of South Carolina
(Richard M. Gergel, District Judge)

# NOTICE OF INTENT TO SUBMIT REPLY BRIEF

Nicholas G. Campins (SBN 238022)
Dije Ndreu (SBN 251278)*
Brendan Hughes (SBN 333690)*
Deputy Attorneys General
Jeremy Brown (SBN 269159)*
Supervising Deputy Attorney General
Deborah M. Smith (SBN 208960)*
Senior Assistant Attorney General

**Fourth Circuit Court Admissions forthcoming*

Stephanie D. Biehl
Ashley B. Campbell
**SHER EDLING LLP**
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
(628) 231-2500
stephanie@sheredling.com
ashley@sheredling.com

The People of the State of California ("the People") respectfully submit this notice of intent to submit a reply brief in support of the People's Emergency Motion for an Injunction Pending Appeal and Summary Reversal. The People intend to submit their reply brief no later than 9:00am, Saturday, September 26, 2026.

Dated: September 24, 2026

Respectfully Submitted,

**ROB BONTA**
**Attorney General of California**

*/s/ Nicholas G. Campins*
NICHOLAS G. CAMPINS (SBN 238022)
DIJE NDREU (SBN 251278)*
BRENDAN HUGHES (SBN 333690)*
Deputy Attorneys General
JEREMY BROWN (SBN 269159)*
Supervising Deputy Attorney General
DEBORAH M. SMITH (SBN 208960)*
Senior Assistant Attorney General

California Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-0801
Fax: (510) 622-2270
Email: Nicholas.Campins@doj.ca.gov
Dije.Ndreu@doj.ca.gov
Brendan.Hughes@doj.ca.gov
Deborah.Smith@doj.ca.gov

**Fourth Circuit Court Admissions forthcoming*

**SHER EDLING LLP**

*/s/ Stephanie D. Biehl*
STEPHANIE D. BIEHL
ASHLEY B. CAMPBELL
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Telephone: (628) 231-2500
Facsimile: (628) 231-2929
Email: stephanie@sheredling.com
ashley@sheredling.com

*Attorneys for the People of the State of California, ex rel. Rob Bonta, Attorney General of California*