FILED: September 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2295
(2:18-mn-02873-RMG)
(2:23-cv-01531-RMG)

---

In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION

------------------------------

THE PEOPLE OF THE STATE OF CALIFORNIA EX REL. ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA

Plaintiff - Appellant

v.

CORTEVA INC.

Defendant - Appellee

and

3M COMPANY; AGC CHEMICALS AMERICAS INC.; ARCHROMA US INC.; ARKEMA, INC.; BUCKEYE FIRE EQUIPMENT COMPANY; CARRIER FIRE & SECURITY AMERICAS CORPORATION, INC.; CARRIER FIRE & SECURITY CORPORATION, INC.; CARRIER GLOBAL CORP.; CHEMGUARD INC.; CHEMOURS COMPANY FC, LLC; CLARIANT CORPORATION; DOES 4-100; DUPONT DE NEMOURS INC.; DYNAX CORPORATION; E. I. DUPONT DE NEMOURS & COMPANY; KIDDE PLC INC.; KIDDE-FENWAL INC.; NATIONAL FOAM, INCORPORATED; QNITY

ELECTRONICS, INC.; THE CHEMOURS COMPANY, LLC; TYCO FIRE PRODUCTS LP; UNITED TECHNOLOGIES CORPORATION; UTC FIRE & SECURITY AMERICAS CORP., INC.

Defendants

---

J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded with instructions to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK